# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-CR-173-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER TO UNSEAL** |
| | ) **INDICTMENT** |
| | ) |
| KEYSHAWN DARRIN CROWDER, | ) |
| | ) |
| Defendant. | ) |

**UPON MOTION** of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and Arrest Warrant be unsealed, and for good cause shown.

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: June 6, 2018

David C. Keesler
United States Magistrate Judge